UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO. 8:14-CR-111-T-17MAP

PAMELA KAY SLONAKER.

_____/

ORDER

This cause is before the Court on:

Dkt. 113     Motion to Reduce Sentence

Defendant Pamela Kay Slonaker, pro se, requests that the Court reduce Defendant Slonaker's sentence.

Defendant Slonaker entered into a Plea Agreement which contains an appeal waiver. (Dkt. 62, pp. 8-9). Defendant Slonaker was sentenced on September 3, 2015, and a Final Judgment was entered. (Dkt. 93). An Amended Judgment was entered thereafter. (Dkt. 96). At sentencing, the Court granted Defendant's oral motion for variance to 18 months imprisonment, and denied the Defendant's oral motion for variance to 27 months home detention. The Court also denied the Government's oral motion for upward variance. (Dkts. 86, 88).

Defendant Slonaker, represented by counsel, is pursuing an appeal of Defendant Slonaker's sentence. The Court therefore denies Defendant's Motion to reduce sentence without prejudice pursuant to Fed. R. Crim. P. 37. The Court further notes that there is no basis to grant the Motion pursuant to Fed. R. Crim. P. 35; there is no clerical error and the Government has not requested a reduction for substantial assistance. Accordingly, it is

Case No. 8:14-CR-111-T-17MAP

**ORDERED** that Defendant Slonaker's Motion to Reduce Sentence (Dkt. 113) is **denied without prejudice.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 25th day of August, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record